

## RCKS
### ATTORNEYS AT LAW
RIDLEY · CHUFF · KOSIEROWSKI · SCANLON, P.C.

DAVID F. CHUFF, ESQ.
JOSEPH KOSIEROWSKI, ESQ.
JAMES J. SCANLON, ESQ.

ARTHUR K. RIDLEY, OF COUNSEL
ANDREW S. QUINN, OF COUNSEL

November 13, 2012

Honorable Robert D. Mariani
U.S. District Court for the M.D. of Pennsylvania
235 North Washington Avenue
P.O. Box 30
Scranton, PA  18501

**FILED**
**SCRANTON**

NOV 1 3 2012

Per_____
DEPUTY CLERK

RE:   <u>Whitacre v. Beaver, et al.</u>   CV-12-2053

Dear Judge Mariani,

Per your October 15, 2012 letter, I am writing to provide you with an update regarding my efforts to serve the Complaint in the above referenced matter.

The Complaint was filed on October 12, 2012. On or about October 15, 2012, I received the Summons that was issued by the Court as to the Defendants. On October 17, 2012, I forwarded via U.S. Mail a Waiver of Service Form and the issued Summons to both Defendants, Jerry Beaver and Milford Theatre, LLC.

To date, I have not received an executed Waiver of Service Form. Accordingly, I will now effectuate proper service per the Federal Rules of Civil Procedure.

Please do not hesitate to contact me should you have any questions or further instructions.

Very truly yours,

James J. Scanlon

MILFORD OFFICE: 400 Broad Street · Milford, PA 18337 · ph: 570.296.5553 · fax: 570.296.5554
SCRANTON OFFICE: 520 Spruce Street, Suite 107 · Scranton, PA 18503 · ph: 570.969.9569
www.rckslaw.com