IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD DRU WHITACRE<br>     Plaintiff | : <br> : | |
| v. | : <br> : | 3: CV-12-2053<br>(JUDGE MARIANI) |
| JERRY BEAVER, MILFORD THEATRE<br>AND FILM, LLC.<br>     Defendants | : <br> : <br> : | |

## ORDER FOR DISMISSAL

Court appointed mediator Richard M. Goldberg, Esq. having reported to the Court that the above action has been settled, **IT IS HEREBY ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

_____
Robert D. Mariani
United States District Judge

DATED: February 19, 2013